

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Roderick Rydell Minter, Appellant

No. 06-20-00091-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28061). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect appellant's plea to the first enhancement paragraph to be "N/A" and the trial court's finding of true on the first enhancement paragraph to be "N/A." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Roderick Rydell Minter, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 6, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk